**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6879**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

ADRIAN K. HANCOCK,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence. Terry L. Wooten, District Judge.
(4:07-cr-00644-TLW-1)

_____

Submitted: July 19, 2012           Decided: July 26, 2012

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adrian K. Hancock, Appellant Pro Se. Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian K. Hancock appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hancock</u>, No. 4:07-cr-00644-TLW-1 (D.S.C. Apr. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>